UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE CRAWFORD,

    Plaintiff,

  v.

T. COMBS, et al.,

    Defendants.

Case No. 17-cv-03089-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Renewed Motion for Summary Judgment; and Addressing All Pending Motions,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants Combs, Spradlin, Oviatt, and Townsend. Parties shall each bear their own costs of action.

Dated: September 30, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge